"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KENNETH P. BLANTON,

              Plaintiff,

vs.

LOS ANGELES COUNTY SHERIFF'S DEPUTY LONGORIA, et al.,

              Defendants.

Case No. CV 10-184-AHM (RNB)

ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

      Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: <u>April 28, 2010</u>

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE