JS-6 / ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH P. BLANTON,<br><br>    Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY<br>SHERIFF'S DEPUTY<br>LONGORIA, et al.,<br><br>    Defendants. | Case No. CV 10-184-AHM (RNB)<br><br><br>**J U D G M E N T** |

  Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: April 28, 2010

*/s/ A. Howard Matz*

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY